UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate Case No. 07 MJ 2958

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| **Marisol RODRIGUEZ-Alvarez** | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **December 20, 2007**, within the Southern District of California, defendant **Marisol RODRIGUEZ-Alvarez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Andrea HERROZ-Cruz**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF **DECEMBER, 2007**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Elizabeth Rangel-Machuca, declare under penalty of perjury the following to be true and correct:

The complainant states that **Andrea HERROZ-Cruz** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Thursday, December 20, 2007, at approximately 8:47 p.m., **Marisol RODRIGUEZ-Alvarez** (Defendant) made application for admission into the United States at the San Ysidro, California Port of Entry, thru the Secure Electronic Network for Travelers Rapid Inspection (SENTRI) lane as the driver of a vehicle. Also applying for admission was her minor son. Defendant presented her own DSP-150 (Border Crossing Card), her minor sons United States Birth Certificate and two SENTRI cards belonging to them. Defendant gave a customs negative declaration to a Customs and Border Protection (CBP) Officer. The CBP Officer noticed a self-generated inspection alert on his screen, prompting him to refer the vehicle to secondary for a "Compliance" inspection.

During secondary inspection, an examination of the vehicle led to the discovery of one undocumented human being concealed in between the second and third row seats of the vehicle. It was later revealed the female extracted from between the two seats, to be a citizen of Mexico with no entitlements to enter the United States. The individual is now identified as **Andrea HERROZ-Cruz** (Material Witness).

During a videotaped proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted she had prior knowledge of transporting one undocumented alien, concealed in the vehicle. Defendant admitted she intended to smuggle Material Witness into the United States and of knowing she did not possess legal documents to enter the United States.

On a separate videotaped interview, the Material Witness declared she is a citizen of Mexico without legal rights to enter the United States. Material Witness denied she was going to pay to be smuggled into the United States. Material Witness stated she intended to travel into California.

Executed on this 22nd day of **December 2007** at **0900**.

_____
Elizabeth Rangel-Machuca / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) pages, I find probable cause to believe that the defendant named therein committed the offense on **December 20, 2007** in violation of Title 8, United States Code, Section 1324.

_____         12/22/07 - 350 AM
United States Magistrate Judge                      Date / Time