# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR 72-IEG |
| Plaintiff ) | CRIMINAL NO. 07mj2958 |
| vs. ) | ORDER |
| MARISOL RODRIGUEZ- ) | RELEASING MATERIAL WITNESS |
| Defendant(s) ALVAREZ ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

ANDREA HERROZ-CRUZ

DATED: 1/10/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

J. JAEGER

☆ U.S. GPO: 2003-581-774/70062

CLERK'S OFFICE COPY