AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

JAN 1 0 2008

CLE~    ~. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                **WAIVER OF INDICTMENT**

v.

MARISOL RODRIGUEZ-ALVAREZ               CASE NUMBER: 08CR72-IEG


I, MARISOL RODRIGUEZ-ALVAREZ, the above-named defendant, who is accused of committing the

following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about December 20, 2007, in violation of  Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).


being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court

on _____1/10/08_____ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.


_____
Defendant

_____
Defense Counsel for


Before _____
Judicial Officer